Anna Jacobson v. Ignatz Jacobson (Max Brown, Appellant).— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

Anna Jacobson v. Ignatz Jacobson (Max Brown, Appellant).— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

Louis Meisel v. Minassi I. Schwarzstein and Others.— Motion to dismiss appeal granted, without costs. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

Julius Kramer and Others v. Benjamin Fleischer.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

Peter Duffy v. Charles L. Ament.— Motion to dismiss appeal denied. Memorandum per curiam. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

Mary A. Williams and Others v. Sarah D. Donovan, Impleaded, etc.— Motion to dismiss appeal denied. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

Arthur Warriner v. The Hocking Valley Railway Company.— Motion granted; questions certified. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

Daniel E. Pomeroy and Others v. The Hocking Valley Railway Company.— Motion granted; questions certified. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

J. W. Cushman & Company v. Edward W. Ballow & Company, Inc. — Application granted. Order signed. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

Ignatz J. Aymar v. Samuel J. Bloomingdale and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

Max Kleinman v. Henry Kupfer & Company, Inc.— Application granted. Order signed. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

Standard Scale and Supply Company v. The City of New York.— Application granted. Order signed. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

Joseph W. Jacobs v. American Play Company and Others.— Motion granted; question certified. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

James P. J. Morris v. Henry G. Hay.— Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

Walter C. Low, as Trustee, etc., v. Richard H. Swartwout and Others. — Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

Olive A. Billard v. The City of New York and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.